# Exhibit "A"

| | |
|---|---|
| **From:** | Mark Lott <mlott@albmlaw.com> |
| **Sent:** | Tuesday, November 8, 2016 4:51 PM |
| **To:** | Daniel Lockwood; Christopher, Alissa K. |
| **Cc:** | Robert Anderson; Denny Barre; Angela Hillenburg; Jo Beth Combs; Liz Vesely; Angela Sanchez; CBVS Scheduling; tbarrera@l-llp.com; nvasquez@l-llp.com |
| **Subject:** | Yaklin v American Road, et al - Notices of Deposition |
| **Attachments:** | YALLIN AM RD NOD UUIC CORP REP.pdf; YAKLIN AM RD NOD WARD.pdf; YAKLIN AM RD AM RD CORP REP.pdf; YAKLIN AM RD NOD PULLEY.pdf |

Counsel, et al:

Attached are notices of deposition for Malcolm Pulley, the American Road Corporate Representative, Jennifer Ward, and the Universal Underwriters Insurance Company Corporate Representative.

Thank you,

Mark


**MARK LOTT**
PARALEGAL ASSISTING ROBERT ANDERSON

Anderson, Lehrman, Barre & Maraist, LLP

Corpus Christi, Texas

361 884 4981

FAX 361 884 9618

***************Email Confidentiality Notice***************

Privileged, proprietary and/or confidential information may be contained in this electronic message. The information contained herein (including any attachments or files) may not be copied, forwarded, faxed or delivered to anyone without the prior written or express consent of the Sender.  If you are not the intended Recipient(s) of this message, you should destroy this message and kindly notify the Sender by reply email.  Opinions, conclusions and other information in this message that do not relate to the official business of this firm shall be understood as neither given or endorsed by it.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDDIE YAKLIN FORD LINCOLN MERCURY NISSAN, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. 2:15-CV-399 |
| AMERICAN ROAD INSURANCE COMPANY AMERICAN ROAD SERVICES COMPANY, and UNIVERSAL UNDERWRITERS INSURANCE COMPANY | § § § § | |

## PLAINTIFF'S NOTICE OF ORAL/VIDEO DEPOSITION OF JENNIFER WARD

To: Defendant, Universal Underwriters Insurance Company, by and through their attorney of record, Alissa K. Christopher, Cozen O'Connor, 1717 Main Street, Suite 3400, Dallas, Texas 75201-7335

Please note that Plaintiff, Eddie Yaklin Ford Lincoln Mercury Nissan, Inc., will take the oral / video deposition of Jennifer Ward.

The deposition will begin at **9:00 a.m. on November 16 , 2016.** The deposition will take place at the offices of **Cozen O'Connor, 1717 Main Street, Suite 3400, Dallas, Texas 75201.**

Said deposition will be taken before a court reporter from DepoTexas - CC or any other notary public or officer authorized to administer oaths. You are invited to attend and examine the witness.

This deposition may be recorded or videotaped in addition to the usual stenographic recording.

Respectfully Submitted,

**ANDERSON, LEHRMAN, BARRE & MARAIST, LLP**
1001 Third Street, Suite 1
Corpus Christi, Texas 78404
(361) 884-4981
(361) 884-9618 (fax)
Email: *randerson@albmlaw.com*
Email: *dbarre@albmlaw.com*

By:  */s/ Robert Anderson*
**ROBERT ANDERSON**
State Bar No. 01220800
Federal ID No. 5896
**DENNY BARRE**
State Bar No. 01805280
Federal ID No. 13121
**ATTORNEYS FOR YAKLIN FORD LINCOLN MERCURY NISSAN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure to the following on the 8th day of November, 2016.

| | |
|---|---|
| Daniel Lockwood<br>LANGLEY, LLP<br>901 Main Street, Suite 600<br>Dallas, Texas 75202 | **Email:** dlockwood@l-llp.com |
| Alissa K. Christopher<br>Cozen O'Connor<br>1717 Main Street, Suite 3400<br>Dallas, Texas 75201-7335 | **Email:** akchristopher@cozen.com |
| DepoTexas - CC | **Email:** liz@depotexas.com<br>and angela@depotexas.com |
| Coastal Bend Video Services | **Email:** joe@coastalbendvideo.com |

*/s/ Robert Anderson*
Robert Anderson

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDDIE YAKLIN FORD LINCOLN MERCURY NISSAN, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. 2:15-CV-399 |
| AMERICAN ROAD INSURANCE COMPANY AMERICAN ROAD SERVICES COMPANY, and UNIVERSAL UNDERWRITERS INSURANCE COMPANY | § § § § § | |

### PLAINTIFF'S NOTICE OF ORAL/VIDEO DEPOSITION OF DEFENDANT UNIVERSAL UNDERWRITERS INSURANCE COMPANY'S CORPORATE REPRESENTATIVE

To: Defendant, Universal Underwriters Insurance Company, by and through their attorney of record, Alissa K. Christopher, Cozen O'Connor, 1717 Main Street, Suite 3400, Dallas, Texas 75201-7335

Please note that Plaintiff, Eddie Yaklin Ford Lincoln Mercury Nissan, Inc., will take the oral / video deposition of the **CORPORATE REPRESENTATIVE for UNIVERSAL UNDERWRITERS INSURANCE COMPANY** on the following topics:

1. The specifics of the claim made the basis of this lawsuit, the adjustment and investigation of the claim, and the claim process and the information and documents involved therein.

2. Communications between the parties herein, including but not limited to communications with respect to the claimed loss.

3. The basis of the denial of the claim made the basis of this lawsuit.

4. The purchase of the insurance policy involved herein.

5. Documents and information relevant to the denial of the claim.

6. The policy of insurance involved herein and the provisions thereof relied upon to deny the claim.

7. Defendant's underwriting procedures and processes.

8. The making and issuing of contracts of insurance and compliance with procedures

        in connection with the purchasing of this insurance policy.

9.     The qualifications and training of Defendant's claims representatives involved in this claim.

The deposition will begin at **1:30 p.m. on November 16 , 2016.** The deposition will take place at the offices of **Cozen O'Connor, 1717 Main Street, Suite 3400, Dallas, Texas 75201.**

Said deposition will be taken before a court reporter from DepoTexas - CC or any other notary public or officer authorized to administer oaths. You are invited to attend and examine the witness.

This deposition may be recorded or videotaped in addition to the usual stenographic recording.

        Respectfully Submitted,

        **ANDERSON, LEHRMAN, BARRE & MARAIST, LLP**
        1001 Third Street, Suite 1
        Corpus Christi, Texas 78404
        (361) 884-4981
        (361) 884-9618 (fax)
        Email: *randerson@albmlaw.com*
        Email: *dbarre@albmlaw.com*

By:    */s/ Robert Anderson*
        **ROBERT ANDERSON**
        State Bar No. 01220800
        Federal ID No. 5896
        **DENNY BARRE**
        State Bar No. 01805280
        Federal ID No. 13121
        **ATTORNEYS FOR YAKLIN FORD LINCOLN MERCURY NISSAN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure to the following on the 8th day of November, 2016.

Daniel Lockwood  
LANGLEY, LLP  
901 Main Street, Suite 600  
Dallas, Texas 75202

**Email:** dlockwood@l-llp.com

Alissa K. Christopher  
Cozen O'Connor  
1717 Main Street, Suite 3400  
Dallas, Texas 75201-7335

**Email:** akchristopher@cozen.com

DepoTexas - CC

**Email:** liz@depotexas.com  
and angela@depotexas.com

Coastal Bend Video Services

**Email:** joe@coastalbendvideo.com

*/s/ Robert Anderson*  
Robert Anderson