IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDDIE YAKLIN FORD LINCOLN MERCURY NISSAN, INC., § § § | |
| Plaintiff, § § | |
| v. § | CASE NO. 2:15-CV-399 |
| § § | |
| AMERICAN ROAD INSURANCE COMPANY, AMERICAN ROAD SERVICES COMPANY and UNIVERSAL UNDERWRITERS INSURANCE COMPANY, § § § § § § § § | |
| Defendants. § | |

### ORDER ON UNIVERSAL UNDERWRITERS INSURANCE COMPANY'S MOTION TO QUASH PLAINTIFF'S DEPOSITION NOTICES AND MOTION FOR PROTECTIVE ORDER

ON THIS DAY came to be considered, Universal Underwriters Insurance Company's ("UUIC") Motion to Quash Plaintiff's Deposition Notices and Motion for Protective Order. The Court having considered Defendant UUIC's Motion, the opposition thereto, any documents submitted therewith, it is of the opinion that said Motion is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Plaintiff's Notice of Oral/Video Deposition of Jennifer Ward for November 16, 2016 at 9:00 a.m. and Notice of Oral/Video Deposition of Defendant Universal Underwriters Insurance Company's Corporate Representative for November 16, 2016 at 1:30 p.m. are quashed.

Signed this _____ day of _____, 2016.

_____
JUDGE PRESIDING